UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JEFFREY TOBACK, on behalf of himself and all others similarly situated,

    Plaintiff,

- against -

GOOGLE, INC.,

    Defendant.

Case No. 06 CV 2692 (DRH)(WDW)

CERTIFICATE OF SERVICE

ECF CASE

I, Anthony M. Geritano, declare:

I am employed in New York County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 12 East 49th Street, 30th floor, New York, New York, 10017. I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for overnight delivery. In the ordinary course of business, correspondence would be consigned to a delivery service on this date.

On this date, I caused to be served:

(1)    Civil Cover Sheet, including Rule 7.1 Statement;

(2)    Notice of Removal to the United States District Court for the Eastern District; and

(3)    Judge Denis R. Hurley's Individual Practice Rules and Magistrate Judge William D. Wall's Individual Rules.

On the person(s) listed below by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I consigned the envelope(s) to an overnight delivery service by placing it/them for collection and processing on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

Dockets.Justia.com

David J. Meiselman, Esq.
Jeffrey I. Carton, Esq.
Meiselman, Denlea, Packman, Carton & Eberz P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000
*Attorneys for Plaintiff Jeffrey Toback*

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed at New York, New York on May 31, 2006.

                                                                    _____
                                                                    Anthony M. Geritano

Sworn to before me this
31st day of May 2006

_____
Notary Public

MICHELLE DRUCKER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DR6114667
Qualified in Queens County
Commission Expires August 23, 2008