UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEFFREY TOBACK on behalf of himself
and all others similarly situated,

                    Plaintiff(s),      **INITIAL CONFERENCE**
                                     **ORDER**
     -against-                    CV 06-2692 (DRH) (WDW)

GOOGLE, INC.,

                    Defendant(s).
-----------------------------------------------------------X
**WALL, Magistrate Judge:**

**Conference Date:**    **JULY 19, 2006** at **10:30 A.M.** in Courtroom 820, United States Federal Courthouse, Central Islip, New York. The parties are directed to confirm the date and time of this conference with each other.

       The above-captioned case has been referred to United States Magistrate Judge William D. Wall for purposes of scheduling discovery, resolution of discovery disputes, settlement conferences and any other purposes set forth at 28 U.S.C. §636 (b)(1)(A). All counsel and/or pro se parties must be present for an initial conference at the date and time indicated above. Prior to this conference, counsel and/or pro se parties are expected to be familiar with the Federal Rules of Civil Procedure concerning discovery - *see generally,* Fed. R. Civ. P. Rules 16 & 26-37, and the Individual Rules of the undersigned enclosed with this order.

       **Prior to this conference, the parties, with limited exceptions, must hold a discovery planning conference pursuant to Fed. R. Civ. P. Rule 26 (f), must provide automatic disclosure pursuant to Rule 26(a)(1) unless this proceeding is exempted from such disclosure pursuant to Rule 26(a)(1)(E), and must file a proposed discovery plan consistent with the factors set forth in Rule 26 (f)(1)-(4).**

       The proposed discovery plan, which must be electronically filed under "Other Documents" as a "Proposed Scheduling Order" **prior** to the conference, should reflect the general rule that discovery is to be completed within six to nine months of the date of the initial conference, and should include any agreements the parties have reached regarding discovery. It should also include a proposed deadline for the completion of all discovery, a deadline for motions to amend pleadings, including joinder of additional parties, a deadline by which dispositive motions must be made, and a trial-ready date.

Dated: Central Islip, New York          **SO ORDERED:**
       June 8, 2006

                                               /s/ William D. Wall
                                         WILLIAM D. WALL
                                         United States Magistrate Judge