# FINAL NOTICE

# ALL FUTURE COURT NOTICES AND ORDERS WILL BE SENT TO ATTORNEYS BY ECF DOCKETING ONLY.  NO HARD COPIES WILL BE SENT.

To:      All attorneys in cases assigned to Magistrate Judge William D. Wall
Re:     Electronic Case Filing
Date:   May 19, 2005

On June 22, 2004, the Board of Judges of the Eastern District of New York issued an Administrative Order, a copy of which is available on the District's web page at www.nyed.uscourts.gov.  That order requires that "Beginning on August 2, 2004, electronic case filing will be mandatory for all civil cases other than pro se cases and for all criminal cases." This complements the rule already in effect as to documents directed to Magistrate Judges, which requires that all documents directed to the magistrate judges in civil actions filed after October 1, 2002, must be filed electronically. Your attention is directed to section 1 of the Individual Motion Practices of Magistrate William D. Wall, regarding Electronic Case Filing (ECF) procedures.

Although chambers was flexible in accepting papers not electronically filed while the ECF system was being phased in, attorneys are now on notice that failure to comply with the ECF requirements will result in the rejection of papers that are not electronically filed.  To avoid this result, all attorneys shall obtain and submit the ECF registration form available from the Clerk's Office or online.  Attorneys are strongly urged to participate in the ECF training program offered by the Clerk's Office.

After registering for ECF, attorneys are responsible for keeping their email addresses current with the Clerk's Office and for monitoring the email bounces that they will receive, which may contain documents filed by other parties as well as orders or notices from the court.

Please go to www.nyed.uscourts.gov for copies of Individual Motion practices and more information about electronic case filing and training, or contact Cinthia Mahon in Central Islip at 631-712-6011 or Terry Vaughn in Brooklyn at 718-260-2330.

                                                          s/ William D. Wall
                                                          WILLIAM D. WALL
                                                          United States Magistrate Judge