UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
JEFFREY TOBACK, on behalf of himself
and all others similarly situated,

    2:06-cv-02692-DRH-WDW

           Plaintiffs,

    **NOTICE OF APPEARANCE**

    -against-

GOOGLE, INC.,

           Defendant.
-------------------------------------------------------------------------x

    PLEASE TAKE NOTICE that Wayne M. Rubin, of Meiselman, Denlea, Packman, Carton & Eberz P.C. hereby appears on behalf of plaintiff Jeffrey Toback, in the above-entitled case, and pursuant to the Federal Rules of Civil Procedure, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Wayne M. Rubin, Meiselman, Denlea, Packman, Carton & Eberz P.C., 1311 Mamaroneck Avenue, White Plains, New York 10605.

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

Dated:    White Plains, New York
               June 14, 2006

MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.


By: /S/
    Wayne M. Rubin (WR-9664)

1311 Mamaroneck Avenue
White Plains, NY 10605
Tel: (914) 517-5000
Fax: (914) 517-5055
wrubin@mdpcelaw.com
*Attorneys for Plaintiff*

TO:  Wilson Sonsini Goodrich & Rosati
     12 East 49th Street
     30th Floor
     New York, NY   10017-8203
     Tel: (212)999-5806
     tklausner@wsgr.com


00181893.WPD