CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2006, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Eastern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Wilson Sonsini Goodrich & Rosati
12 East 49th Street
30th Floor
New York, NY  10017-8203
Tel: (212)999-5806
tklausner@wsgr.com

/s/ Wayne M. Rubin(WR-9664)
Attorneys for Plaintiff
1311 Mamaroneck Avenue
White Plains, NY 10605
Tel: (914) 517-5000
wrubin@mdpcelaw.com