WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
12 E. 49th Street, 30th Floor
New York, New York 10017

*Attorneys for Defendant*
*Google, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY TOBACK, on behalf of himself And all others similarly situated<br><br>Plaintiff,<br><br>- against –<br><br>GOOGLE, INC.,<br><br>Defendant. | EFC CASE<br><br>Case No. CV 06-2692 (DRH) (WDW)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Google Inc.

    I certify that I am admitted to practice in this Court.

Date: June 15, 2006

                                       /s/ Tonia Ouellette Klausner
                                     Tonia Ouellette Klausner (TOK-8279)
                                     WILSON SONSINI GOODRICH & ROSATI
                                     PROFESSIONAL CORPORATION
                                     12 E. 49th Street, 30th Floor
                                     New York, New York 10017
                                     (212) 999-5800
                                     Fax (212) 999-5899
                                     *Attorney for Defendant Google Inc.*

To:   David J. Meiselman
       Jeffrey I. Carton
       Meiselman, Denlea, Packman, Carton & Eberz P.C.
       1311 Mamaroneck Avenue
       White Plains, New York 10605
       (914) 517-5000
       *Attorneys for Plaintiff Jeffrey Toback*

Dockets.Justia.com