UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
JEFFREY TOBACK, on behalf of himself
and all others similarly situated,                                   2:06-cv-02692-DRH-WDW

                               Plaintiffs,

                            **NOTICE OF DISCONTINUANCE**

          -against-

GOOGLE, INC.,

                               Defendant.
-------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that pursuant to FRCP 41(a)(1)(i) the plaintiff, JEFFREY TOBACK, on behalf of himself and all others similarly situated, discontinues the above entitled action, without prejudice and without costs to either party as against the other.

To date the defendant has not answered or moved for summary judgment.

Dated:      White Plains, New York
               June 21, 2006

                                    MEISELMAN, DENLEA, PACKMAN,
                                    CARTON & EBERZ P.C.


                                    By: _s/_____
                                        Wayne M. Rubin (WR-9664)

                                   1311 Mamaroneck Avenue
                                   White Plains, NY 10605
                                   Tel: (914) 517-5000
                                   Fax: (914) 517-5055
                                   wrubin@mdpcelaw.com
                                   *Attorneys for Plaintiff*

TO: Wilson Sonsini Goodrich & Rosati
*Attorneys for Defendant*
12 East 49th Street
30th Floor
New York, NY   10017-8203
Tel: (212)999-5806